JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NIKE, INC., | ) | NO. CV 07-07729 SJO (CWx) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| JAMES PANZER, | ) | |
| Defendant. | ) | |

This action came before the Court on Plaintiff Nike, Inc.'s Motion for Entry of Default Judgment. After full consideration of Plaintiff's motion and all admissible evidence and documents submitted in support, the Court granted Plaintiff's motion as to its trademark infringement claim against Defendant James Panzer.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. That judgment be entered in favor of Plaintiff on its trademark infringement claim;

2. Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the Injunction are hereby restrained and enjoined from:

    a. Infringing the Nike Trademarks, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any unauthorized

product which features any of the Nike Trademarks ("Unauthorized Products"), and, specifically from:

    i. Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Nike Trademarks;

    ii. Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Nike Trademarks;

    iii. Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or Defendant himself is connected with Nike, is sponsored, approved or licensed by Nike, or is affiliated with Nike;

    iv. Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Nike.

3. Defendant is ordered to deliver for destruction all Unauthorized Products, including footwear, and labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of the Nike Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same.

4. Defendant is ordered to pay damages to Nike pursuant to 15 U.S.C. § 1117 in the sum of One Hundred Thousand Dollars ($100,000.00).

5. Defendant is ordered to pay interest on the principal amount of the judgment to Plaintiff at the statutory rate pursuant to 28 U.S.C. §1961(a).

6. This Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

7. The Court finds there is no just reason for delay in entering this Judgment and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this Judgment against Defendant.

8. The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

IT IS SO ADJUDGED.

August 13, 2008                                         /S/ S. James Otero

　　　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE